*In re* LATIFAH P., a Minor (The People of the State of Illinois, Petitioner-Appellant, v. Veronica P. *et al.*, Respondents-Appellees (Latifah P., a Minor, Respondent-Appellant)).

First District (5th Division)    Nos. 1—98—0434, 1—98—0908 cons.

Opinion filed September 10, 1999.—Rehearing denied October 14, 1999.

Pursuant to an order entered by the Illinois Supreme Court on June 26, 2000, this opinion was vacated. A new opinion was filed August 18, 2000, and may be found at 315 Ill. App. 3d 1122.